# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| TYLER E JAMES<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF LOS ANGELES , et al.<br><br>DEFENDANT(S). | 2:24–cv–03057<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed          Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  April 16, 2024          By:  /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                                   Deputy Clerk