JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER EVAN JAMES, | No. 2:24-cv-03057-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Order Granting in Part Defendant's Motion for Sanctions, this action is DISMISSED with prejudice.

Date: November 14, 2025

DOUGLAS F. McCORMICK
United States Magistrate Judge